UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 14, 2014

_____

DOCUMENT TRANSMITTAL
_____

No.  13-4819 (L), <u>US v. Dustin Carter</u>
            7:12-cr-00140-BO-3

TO:   Dustin Allen Carter

Receipt is acknowledged of the documents recently transmitted to the court. We have forwarded these documents to your attorney, who will act on your behalf. All future correspondence, including motions, should be sent to your attorney at the address below. Additionally, I have enclosed a copy of the docket sheet for your case on appeal pursuant to your request.

Geoffrey Ryan Willis
WILLIS JOHNSON & NELSON, PLLC
P. O. Box 2058
Raleigh, NC 27602


Donna Lett, Deputy Clerk
804-916-2704